**No. 62378.**—Ross Products, Inc. *v.* United States, protests 277146–K, etc. (New York).

Opinion by JOHNSON, J.  In accordance with stipulation of counsel that the merchandise consists of earthenware ashtrays with metal or wire holders and that the issue is the same as that in *James Betesh Import Co.* v. *United States* (40 Cust. Ct. 186, C. D. 1981), the claim of the plaintiff was sustained.